| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) WIENER, JR., JACQUES L. | 2. Court or Organization US COURT OF APPEALS 5TH CIRCUIT | 3. Date of Report 5/1/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE 5TH CIRCUIT COURT-SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

US COURT OF APPEALS BLDG
600 CAMP STREET, ROOM 244
NEW ORLEANS, LA 70130

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SENIOR OFFICER | COUNCIL, LOUISIANA STATE LAW INSTITUTE |
| 2. | TRUSTEE | TRUST #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/1/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | FISHER & PHILLIPS, LLP (ATTORNEY/PARTNER) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/1/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | SEE PART VIII | SEE PART VIII | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH: | | | | | | | | | |
| 2. BANCORPSOUTH ACCOUNT #1 | A | Interest | N | T | | | | | |
| 3. BANCORPSOUTH ACCOUNT #2 | A | Interest | J | T | | | | | SEE PART VII |
| 4. BANCORPSOUTH ACCOUNT #3 | A | Interest | K | T | | | | | |
| 5. REGIONS BANK ACCOUNT #1 | A | Interest | K | T | | | | | |
| 6. REGIONS BANK ACCOUNT #2 | A | Interest | K | T | | | | | |
| 7. FEDERATED TAX FREE OBLIG | A | Int./Div. | L | T | | | | | |
| 8. MORGAN STANLEY BANK N.A. | A | Int./Div. | | | Closed | 04/07/14 | L | | |
| 9. JP MORGAN BROKERAGE CASH BALANCE | A | Interest | M | T | | | | | |
| 10. JPM TAX FREE RESV SWEEP FUND | A | Int./Div. | M | T | | | | | |
| 11. | | | | | | | | | |
| 12. MUTUAL FUNDS: | | | | | | | | | |
| 13. JPM SHORT DURATION BOND FD-SEL | C | Dividend | N | T | | | | | |
| 14. JPM STRATEGIC INCOME OPP FD | B | Dividend | M | T | Buy (add'l) | 06/06/14 | K | | |
| 15. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 16. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 17. JPM HIGH YIELD FD-SEL | C | Dividend | | | Sold | 12/03/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DODGE & COX INTERNATIONAL STOCK | C | Dividend | M | T | Buy (add'l) | 03/25/14 | J | | |
| 19. EATON VANCE FLOATING RATE I | B | Dividend | | | Sold | 06/10/14 | L | A | |
| 20. MATTHEWS ASIA DIVIDEND INSTITUTIONAL | | None | | | Sold | 02/20/14 | K | B | |
| 21. ARTISAN INTL VALUE FUND-INV | B | Dividend | K | T | | | | | |
| 22. BARC 100% PP CNY | | None | | | Buy (add'l) | 01/31/14 | J | | |
| 23. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 24. | | | | | Buy (add'l) | 03/29/14 | J | | |
| 25. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 26. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 27. | | | | | Redeemed | 05/01/14 | J | | |
| 28. BBH FD INC | C | Dividend | M | T | | | | | |
| 29. DB MARKET PLUS SX5E 3/19/14 | | None | | | Redeemed | 03/19/14 | K | D | |
| 30. DB MARKET PLUS WTI 7/21/15 | | None | J | T | Buy | 05/23/14 | J | | |
| 31. DOUBLELINE FDS TR | C | Dividend | L | T | | | | | |
| 32. GATEWAY FUND-Y | B | Dividend | L | T | | | | | |
| 33. ISHARES CORE S&P MID-CAP ETF | A | Dividend | L | T | Buy (add'l) | 03/25/14 | J | | |
| 34. ISHARES RUSSELL 1000 VALUE INDEX | A | Dividend | | | Sold | 12/19/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JPM MANAGED INCOME-INSTL | B | Dividend | O | T | Buy (add'l) | 02/11/14 | M | | |
| 36. JPM MANAGED INCOME-SEL | A | Dividend | | | Sold | 02/11/14 | J | | |
| 37. JPM SHORT TERM INTERM MUNI BOND-SEL | C | Dividend | N | T | Buy (add'l) | 06/06/14 | L | | |
| 38. | | | | | Buy (add'l) | 07/18/14 | J | | |
| 39. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 40. JPM TR I TAX AWARE REAL RTRN FD-SEL | B | Dividend | L | T | | | | | |
| 41. JPM US EQUITY FD-SEL | D | Dividend | L | T | | | | | |
| 42. MFS INTL VALUE-I | B | Dividend | L | T | | | | | |
| 43. SPDR S&P 500 ETF TRUST | C | Dividend | M | T | Buy (add'l) | 10/09/14 | K | | |
| 44. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 45. | | | | | Sold (part) | 12/19/14 | K | D | |
| 46. MS BREN BRENT | | None | | | Redeemed | 08/15/14 | K | | |
| 47. OPPENHEIMER DEVELOPING MARKET | | None | | | Sold | 02/20/14 | K | B | |
| 48. PIMCO FDS UNCONSTR BD | B | Dividend | L | T | | | | | |
| 49. RIVERPARK/WEDGEWOOD | B | Dividend | L | T | | | | | |
| 50. TEMPLETON GLOBAL BOND | A | Dividend | | | Sold | 05/05/14 | K | | |
| 51. ISHARES MSCI EAFE INDEX FUND | A | Dividend | L | T | Buy | 10/09/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WIENER, JR., JACQUES L. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/16/14 | K | | |
| 53. JPM GLBL RES ENH INDEX FD-SEL | B | Dividend | L | T | Buy | 02/20/14 | K | | |
| 54. | | | | | Buy (add'l) | 12/19/14 | L | | |
| 55. BLACKROCK HIGH YIELD BOND | B | Dividend | K | T | Buy | 12/03/14 | K | | |
| 56. JPM DAILY RETURN NOTE | | None | K | T | Buy | 05/06/14 | K | | |
| 57. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 58. | | | | | Sold (part) | 11/21/14 | K | | |
| 59. | | | | | Buy (add'l) | 11/21/14 | K | | |
| 60. JPM LEV CONT BUFF EQ WTI 12/21/15 | | None | | | Buy | 09/26/14 | J | | |
| 61. | | | | | Sold | 12/08/14 | J | | |
| 62. PIMCO COMMODITYPL STRAT-P | A | Dividend | | | Buy | 05/02/14 | L | | |
| 63. | | | | | Sold (part) | 07/18/14 | K | | |
| 64. | | | | | Sold (part) | 09/26/14 | J | | |
| 65. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 66. | | | | | Sold | 12/03/14 | K | | |
| 67. VANGUARD FTSE EUROPE ETF | A | Dividend | | | Buy | 03/25/14 | K | | |
| 68. | | | | | Sold | 10/16/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. STOCKS: | | | | | | | | | |
| 71. BOEING | C | Dividend | M | T | | | | | |
| 72. CHEVRON COPR NEW | A | Dividend | K | T | | | | | |
| 73. EXXON MOBIL CORP | C | Dividend | L | T | | | | | |
| 74. GREEN DOT CORP | | None | | | Donated | | | | |
| 75. 1ST SUMMIT BANCORP OF JOHNSTON, INC (Y) (PER ANNUAL REPORT) | C | Dividend | | | Distributed | 12/31/14 | M | | SEE PART VII |
| 76. | | | | | | | | | |
| 77. STOCKS: UNLISTED | | | | | | | | | |
| 78. COASTAL CLUB | | None | M | W | | | | | |
| 79. | | | | | | | | | |
| 80. INVESTMENTS/PARTNERSHIPS: | | | | | | | | | |
| 81. WW URBAN PROPERTIES LLC | | None | J | W | | | | | |
| 82. WW RURAL PROPERTIES LLC | | None | K | W | | | | | |
| 83. CENTRAL INDUSTRIAL COMPLEX | | None | J | U | | | | | |
| 84. LAMA LIMITED PARTNERSHIP | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. LAMA '89 LIMITED PARTNERSHIP | | None | J | W | | | | | |
| 86. RENREW MINERALS, LTD | G | Distribution | P1 | W | | | | | |
| 87. TEE ENERGY, CO., LLC | | None | N | W | | | | | |
| 88. JADOBE INVESTMENTS 1998, LLC | | None | | | Sold | 12/31/14 | K | | |
| 89. JADOBE INVESTMENTS 2000, LLC | E | Distribution | M | W | | | | | |
| 90. JASAN, LLC | E | Distribution | M | W | | | | | |
| 91. PROVEN LEGACY, LLC | | None | M | W | | | | | |
| 92. TENFOLD, INC. | B | Distribution | J | W | | | | | |
| 93. NEXT IGEN LLC-SERIES A | F | Distribution | M | W | | | | | |
| 94. NEXT IGEN LLC-SERIES B | | None | K | W | | | | | |
| 95. NEXT IGEN LLC-SERIES C | C | Distribution | L | W | Buy (add'l) | 02/04/14 | J | | |
| 96. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 97. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 98. | | | | | Buy (add'l) | 08/11/14 | J | | |
| 99. NEXT IGEN LLC-SERIES D | | None | L | W | Buy (add'l) | 01/08/14 | J | | |
| 100. | | | | | Buy (add'l) | 03/28/14 | J | | |
| 101. | | | | | Buy (add'l) | 06/12/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 103. NEXT IGEN LLC-SERIES E | F | Distribution | J | W | | | | | |
| 104. NEXT IGEN LLC-SERIES F | | None | K | W | Buy (add'l) | 01/28/14 | J | | |
| 105. | | | | | Buy (add'l) | 03/18/14 | J | | |
| 106. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 107. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 108. NEXT IGEN LLC-SERIES G | | None | L | W | | | | | |
| 109. NEXT IGEN LLC-SERIES H | | None | L | W | | | | | |
| 110. YETA, LLC | | None | N | W | Buy (add'l) | 03/05/14 | J | | |
| 111. DEANSAN, LLC | | None | M | W | Buy (add'l) | 03/18/14 | J | | |
| 112. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 113. BIG PINK, LLC | | None | J | W | | | | | |
| 114. JPM ACCESS MULTI-STRATEGY FUND | | None | L | W | | | | | |
| 115. POWERSHARES DB COMMODITY INDEX | | None | J | T | Buy (add'l) | 12/03/14 | J | | |
| 116. | | | | | Sold (part) | 05/02/14 | K | | |
| 117. | | | | | Sold (part) | 05/02/14 | J | A | |
| 118. LOUIS ROSEN WW, LLC | D | Distribution | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. YETA GAIN, LLC | | None | J | W | | | | | |
| 120. NEXT IGEN LLC-SERIES L | | None | L | W | Buy | 05/30/14 | M | | |
| 121. | | | | | | | | | |
| 122. NOTE RECEIVABLES | | | | | | | | | |
| 123. ALLAIN PERSONAL LOAN-NOTE RECEIVABLE | | None | J | U | | | | | |
| 124. SPRINGMAN PERSONAL LOAN-NOTE RECEIVABLE | A | Interest | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/1/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

RE: V-GIFTS:  NONE AS TRUE GIFTS, BUT ON A RECIPROCAL BASIS-I ACCEPT INVITATIONS FOR HUNTING OR FISHING WITH FRIENDS WHO I INVITE TO HUNT OR FISH WITH ME.  SOME SUCH RECIPROCAL INVITORS/INVITEE, ARE ATTORNEYS, MANY OF WHOM WERE FRIENDS AND HUNTING OR FISHING PARTNERS BEFORE I BECAME A JUDGE.  I NEVERTHELESS RECUSE MYSELF WHEN SUCH FRIENDS ARE REPRESENTING CLIENTS BEFORE THIS COURT.

RE:  VII-ASSETS OF TRUST FOR BENEFIT OF _____ MEMBER OF WHICH I AM TRUSTEE AS INDICATED IN PART I.  1ST SUMMIT BANCROP OF HOHNSTON, INC STOCK DISTRIBUTED TO BENFICIARIES.

| Name of Person Reporting | Date of Report |
|---|---|
| WIENER, JR., JACQUES L. | 5/1/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JACQUES L. WIENER, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544